

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00042-CV

LEGEND HEALTHCARE
GAINESVILLE, LP D/B/A PECAN
TREE MANOR
APPELLANT

V.

JOSEPHINE BARNES, TERRI BAIZE,
AND MARIE HAUSER, INDIVIDUALLY
AND ON BEHALF OF THE ESTATE
OF THERESA SUE MACRI
APPELLEES

------------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MEIER, MCCOY, and GABRIEL, JJ.

DELIVERED: November 15, 2012

---

[1]*See* Tex. R. App. P. 47.4.